Sanford Shatz          State Bar No. 127229
Attorney at Law
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669
Sandy_Shatz@Countrywide.com

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual, | Case No.: |
| Plaintiff, | |
| vs. | COUNTRYWIDE HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive, | [Fed. R. Civ. Proc. 7.1] |
| Defendants. | |

The undersigned, attorney of record for defendant Countrywide Home Loans, Inc., certifies the following:

Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation ("CFC"), which is publicly traded on the New York Stock Exchange.

DATED: December 20, 2007          By: _____
                                      SANFORD SHATZ
                                      Attorneys for Defendant
                                      Countrywide Home Loans, Inc.

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On December 20, 2007, I served COUNTRYWIDE HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:      December 20, 2007

Place of Mailing:     Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 20, 2007, at Calabasas, California.

_____
Desiree Rais

## SERVICE LIST

Richard L. Antognini
2831 Southcreek Drive
Lincoln, CA  95648-8284

Victoria Robinson Smith, Esq.
Law Offices of Victoria Robinson Smith
320 Village Square
Orinda, CA 94563