1  Sanford Shatz          State Bar No. 127229
2  Attorney at Law
   5220 Las Virgenes Road, MS: AC-11
3  Calabasas, California 91302
   Telephone: (818) 871-6062
4  Fax: (818) 871-4669
5  Sandy_Shatz@Countrywide.com

6  Attorneys for Defendant Countrywide Home Loans, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual, | Case No.: |
| Plaintiff, | File Date: October 29, 2007 |
| vs. | Trial Date: Not Assigned |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive, | NOTICE OF INTERESTED PARTIES |
| Defendants. | |

The undersigned, counsel for Defendant Countrywide Home Loans, Inc., certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Plaintiff Clara M. Vietor

2.  Defendant Countrywide Home Loans, Inc., a New York corporation, a wholly owned subsidiary of Countrywide Financial Corporation, a Delaware corporation, which is publicly traded on the New York Stock Exchange

5.  Commonwealth Land Title Insurance Company

1  DATED: December 20, 2007            By: _____
2                                           SANFORD SHATZ
3                                           Attorneys for Defendant
                                            Countrywide Home Loans, Inc.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On December 20, 2007, I served NOTICE OF INTERESTED PARTIES on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:     December 20, 2007

Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 20, 2007, at Calabasas, California.

_____
Desiree Rais

## SERVICE LIST

Richard L. Antognini
2831 Southcreek Drive
Lincoln, CA 95648-8284

Victoria Robinson Smith, Esq.
Law Offices of Victoria Robinson Smith
320 Village Square
Orinda, CA 94563