1  RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
2  2831 Southcreek Drive
3  Lincoln, California 95648-8284
   Telephone:   (916) 645-7278
4  Facsimile:    (916) 290-0539
   E-Mail:        rlalawyer@yahoo.com
5
6  Attorneys for Plaintiff CLARA VIETOR

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10  CLARA M. VIETOR, an individual,         Case No.: 07-CV-06453-PJH

11          Plaintiff,                      **DEMAND FOR JURY TRIAL**

12      vs.

13  COMMONWEALTH LAND TITLE
    INSURANCE COMPANY, PLACER
14  FORECLOSURE, INC., ROGER D. AND
15  KATHLEEN M. CRAVY, COUNTRYWIDE
    HOME LOANS, INC., and DOES 1-10,
16  inclusive,

17          Defendants.

18

19      Plaintiff CLARA M. VIETOR demands a jury trial in this action.

20  Dated:  December 27, 2007      LAW OFFICES OF RICHARD L. ANTOGNINI

21

22                                 By: /s/Richard L. Antognini
                                       Richard L. Antognini
23                                     Attorneys for Plaintiff
                                       CLARA M. VIETOR
24

25

26

27

28

---