Sanford Shatz    State Bar No. 127229
Attorney at Law
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669
Sandy_Shatz@Countrywide.com

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual, | Case No.: C 07-06453 PJH |
| Plaintiff, | Hon. Phyllis J. Hamilton |
| | Dept. 3 |
| vs. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive, | COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER RE REMOVED CASES |
| Defendants. | |

Countrywide Home Loan, Inc. ("Countrywide") hereby responds to the Standing Order Re Removed Cases.[1]

    1.    Whether all defendants served at the time of removal joined in the notice of removal.

Countrywide and Commonwealth Land Title Insurance Company ("Commonwealth") are the only defendants named in the instant action. On December 20, 2007, Countrywide contacted

---

[1] Countrywide was unable to timely file and serve its submission, because the Standing Order Re Removed Cases was not received until January 3, 2007, after ten (10) calendar days of the date of removal.

s:\ss\lc\Vietor-S\Resp-Standing Order      – 1 –

COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER
RE REMOVED CASES

1  Commonwealth and inquired whether Commonwealth opposes Countrywide's intend to remove
2  the instant action to federal court. Commonwealth responded equivocally with "no." As such,
3  all defendants served at the time of removal have "joined" in the notice of removal.

4      2.    Whether the notice of removal was dated more than thirty (30) days after the first
5  defendant was served.

6  The notice of removal was not dated more than thirty (30) days after the first defendant
7  was served. Countrywide was served on November 21, 2007 with the first amended complaint
8  and the notice of removal was dated December 20, 2007. Commonwealth informed Countrywide
9  that Commonwealth has not been served. Commonwealth advised Countrywide that
10 Commonwealth agreed to accept service of the first amended complaint by Notice and
11 Acknowledgement of Receipt. However, as of January 4, 2008, Countrywide was advised that
12 by Commonwealth that Commonwealth has not received the Notice and Acknowledgment of
13 Receipt for its execution.

14     3.    If the action has been removed on the grounds of diversity jurisdiction, whether
15 any defendant served at the time of the removal is a citizen of California.

16 The instant action was not removed on the grounds of diversity jurisdiction. Therefore
17 whether any defendants were served at the time of removal was a citizen of California is not
18 applicable to the instant action. The instant action was removed on the grounds of subject matter
19 jurisdiction. The complaint asserts causes of action against Countrywide for violations of the
20 Truth-in-Lending Act and Fair Credit Reporting Act .

21     4.    If the action has been removed on the grounds of diversity jurisdiction, the
22 citizenship of all named plaintiffs and all named defendants (including the citizenship of all
23 members or partners in any non-corporate party).

24 The instant action was not removed on the grounds of diversity jurisdiction. Therefore
25 whether any defendants were served at the time of removal was a citizen of California is not
26 applicable to the instant action. The instant action was removed on the grounds of subject matter
27 jurisdiction. The complaint asserts causes of action against Countrywide for violations of the
28 Truth-in-Lending Act and Fair Credit Reporting Act.

1
2  DATED: January 7, 2008          By: _____
3                                       SANFORD SHATZ
                                         Attorneys for Defendant
4                                        Countrywide Home Loans, Inc.

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On January 8, 2008, I served COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER RE REMOVED CASES on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:     January 8, 2008

Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008, at Calabasas, California.

_____
Desiree Rais

s:\ss\lc\Vietor-S\Resp-Standing Order            – 4 –

COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER RE REMOVED CASES

## SERVICE LIST

Richard L. Antognini
2831 Southcreek Drive
Lincoln, CA  95648-8284

Victoria Robinson Smith, Esq.
Law Offices of Victoria Robinson Smith
320 Village Square
Orinda, CA 94563