1  Sanford Shatz        State Bar No. 127229
Attorney at Law
2  5220 Las Virgenes Road, MS:  AC-11
Calabasas, California 91302
3  Telephone:  (818) 871-6062
Fax:  (818) 871-4669
4  Sandy_Shatz@Countrywide.com
5

6  Attorneys for Defendant Countrywide Home Loans, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CLARA M. VIETOR, an individual,      )  Case No.: C 07-06453 PJH
                                        )
12              Plaintiff,              )  Hon. Phyllis J. Hamilton
                                        )  Dept. 3
13          vs.                         )
                                        )  File Date:  November 20, 2007
14  COMMONWEALTH LAND TITLE             )  Trial Date:  Not Assigned
    INSURANCE COMPANY, COUNTRYWIDE      )
15  HOME LOANS, INC., and DOES 1-10,    )
    inclusive,                          )  PROOF OF SERVICE
16                                       )
17              Defendants.             )
    _____)
18

19

20       I am over the age of 18 years and not a party to the within action.  I am employed by

21  Countrywide Home Loans, Inc.  My business address is 5220 Las Virgenes Road, MS: AC-11,

22  Calabasas, California 91302.

23       On January 8, 2008, I served:

24       1.    Order Setting Initial Case Management Conference and ADR Deadlines;

25       2.    Standing Order Re Removed Cases;

26       3.    Countrywide Home Loan, Inc.'s Response to Standing Order Re Removed Cases;

27  and

28       4.    Clerk's Notice Re: Failure To File Electronically And/Or Register As An E-File,

s:\ss\lc\Vietor-S\pos-USDC                    – 1 –
                                   PROOF OF SERVICE

1  on each person or entity named below by enclosing a copy in an envelope addressed as shown

2  below and placing the envelope for collection and mailing on the date and at the place shown

3  below following our ordinary office practices.  I am readily familiar with the practice of this

4  office for collection and processing correspondence for mailing.  On the same day that

5  correspondence is placed for collection and mailing, it is deposited in the ordinary course of

6  business with the United States Postal Service in a sealed envelope with postage fully prepaid.

7      Date of Mailing:    January 8, 2008

8      Place of Mailing:    Calabasas, California

9      I declare under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct.

11      I declare that I am employed in the office of a member of the bar of this court at whose

12  direction the service was made.

13      Executed on January 8, 2008, at Calabasas, California.

14

15

16  Desiree Rais

17

18

19

20

21

22

23

24

25

26

27

28

s:\ss\lc\Vietor-S\pos-USDC    – 2 –

1

## SERVICE LIST

2

3  Richard L. Antognini
   2831 Southcreek Drive
4  Lincoln, CA  95648-8284

5

   Victoria Robinson Smith, Esq.
6  Law Offices of Victoria Robinson Smith
   320 Village Square
7  Orinda, CA 94563

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLARA M. VIETOR,

Plaintiff (s),

v.

COMMONWEALTH LAND TITLE,
Defendant(s).

No. C 07-06453 PJH

ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES

IT IS HEREBY ORDERED that this action is assigned to the Honorable Phyllis J. Hamilton. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order  and all other documents specified in Civil Local Rule 4-2.  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov.  A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

### CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|------|-------|----------------|
| 12/21/2007 | Notice of removal filed | |
| 3/6/2008 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 3/20/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R. 16-9 |
| 3/27/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Courtroom 3 17th Flr at 2:30 PM | Civil L.R. 16-10 |

*  If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

**CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.      Jurisdiction and Service:  The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.      Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.      Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.      Motions: All prior and pending motions, their current status, and any anticipated motions.

5.      Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.      Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.      Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.      Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.      Class Actions: If a class action, a proposal for how and when the class will be certified.

10.     Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.     Relief: All relief sought through complaint or counterclaim, including the amount of any

damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12.     <u>Settlement and ADR</u>: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.     <u>Consent to Magistrate Judge For All Purposes</u>: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.     <u>Other References</u>: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.     <u>Narrowing of Issues</u>: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.     <u>Expedited Schedule</u>: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17.     <u>Scheduling</u>: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.     <u>Trial</u>: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.     <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. **In addition**, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.     Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), | No. C-        PJH |
| v. | STANDING ORDER RE REMOVED CASES |
| Defendant(s). | |

IT IS HEREBY ORDERED THAT upon removal of this action, the removing defendant or defendants shall, within ten (10) calendar days of the date of removal, file and serve a submission providing the following information:

1.    Whether all defendants served at the time of removal joined in the notice of removal.

2.    Whether the notice of removal was dated more than thirty (30) days after the first defendant was served.

3.    If the action has been removed on the grounds of diversity jurisdiction, whether any defendant served at the time of removal is a citizen of California.

4.    If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate party).

If plaintiff wishes to respond to defendant's submission, such response, if any, shall be filed and served within ten (15) calendar days of the date of the removal. Any motion to remand the action to state court based on any defect other than lack of subject matter jurisdiction shall be filed within thirty (30) days after removal. See 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated: _____

_____
PHYLLIS J. HAMILTON
United States District Judge

For the Northern District of California

1    Sanford Shatz      State Bar No. 127229
     Attorney at Law
2    5220 Las Virgenes Road, MS: AC-11
3    Calabasas, California 91302
     Telephone: (818) 871-6062
4    Fax: (818) 871-4669
     Sandy_Shatz@Countrywide.com
5

6    Attorneys for Defendant Countrywide Home Loans, Inc.

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11    CLARA M. VIETOR, an individual,      )  Case No.: C 07-06453 PJH
                               )
12             Plaintiff,        )  Hon. Phyllis J. Hamilton
13                                )  Dept. 3
       vs.                           )
14                                )  COUNTRYWIDE HOME LOAN, INC.'S
15    COMMONWEALTH LAND TITLE       )  RESPONSE TO THE STANDING ORDER
     INSURANCE COMPANY, COUNTRYWIDE )  RE REMOVED CASES
16    HOME LOANS, INC., and DOES 1-10,    )
     inclusive,                        )
17                                )
18            Defendants.      )
     _____ )
19

20

21         Countrywide Home Loan, Inc. ("Countrywide") hereby responds to the Standing Order

22    Re Removed Cases.[1]

23         1.       Whether all defendants served at the time of removal joined in the notice of

24    removal.

25         Countrywide and Commonwealth Land Title Insurance Company ("Commonwealth") are

26    the only defendants named in the instant action. On December 20, 2007, Countrywide contacted

27    ─────────────────────
     [1] Countrywide was unable to timely file and serve its submission, because the Standing Order Re Removed Cases
28    was not received until January 3, 2007, after ten (10) calendar days of the date of removal.

   s:\ss\lc\Vietor-S\Resp-Standing Order        – 1 –

1    Commonwealth and inquired whether Commonwealth opposes Countrywide's intend to remove

2    the instant action to federal court. Commonwealth responded equivocally with "no." As such,

3    all defendants served at the time of removal have "joined" in the notice of removal.

4        2.      Whether the notice of removal was dated more than thirty (30) days after the first

5    defendant was served.

6        The notice of removal was not dated more than thirty (30) days after the first defendant

7    was served. Countrywide was served on November 21, 2007 with the first amended complaint

8    and the notice of removal was dated December 20, 2007. Commonwealth informed Countrywide

9    that Commonwealth has not been served. Commonwealth advised Countrywide that

10   Commonwealth agreed to accept service of the first amended complaint by Notice and

11   Acknowledgement of Receipt. However, as of January 4, 2008, Countrywide was advised that

12   by Commonwealth that Commonwealth has not received the Notice and Acknowledgment of

13   Receipt for its execution.

14       3.      If the action has been removed on the grounds of diversity jurisdiction, whether

15   any defendant served at the time of the removal is a citizen of California.

16       The instant action was not removed on the grounds of diversity jurisdiction. Therefore

17   whether any defendants were served at the time of removal was a citizen of California is not

18   applicable to the instant action. The instant action was removed on the grounds of subject matter

19   jurisdiction. The complaint asserts causes of action against Countrywide for violations of the

20   Truth-in-Lending Act and Fair Credit Reporting Act .

21       4.      If the action has been removed on the grounds of diversity jurisdiction, the

22   citizenship of all named plaintiffs and all named defendants (including the citizenship of all

23   members or partners in any non-corporate party).

24       The instant action was not removed on the grounds of diversity jurisdiction. Therefore

25   whether any defendants were served at the time of removal was a citizen of California is not

26   applicable to the instant action. The instant action was removed on the grounds of subject matter

27   jurisdiction. The complaint asserts causes of action against Countrywide for violations of the

28   Truth-in-Lending Act and Fair Credit Reporting Act.

COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER
RE REMOVED CASES

1

2    DATED:  January __, 2008                    By: _____

3                                                     SANFORD SHATZ
                                                      Attorneys for Defendant
4                                                     Countrywide Home Loans, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s:\ss\lc\Vietor-S\Resp-Standing Order                – 3 –

COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER
RE REMOVED CASES

1

**<u>PROOF OF SERVICE</u>**

2  I am over the age of 18 years and not a party to the within action.  I am employed by

3 Countrywide Home Loans, Inc.  My business address is 5220 Las Virgenes Road, MS: AC-

4 11, Calabasas, California 91302.

5

6  On January 8, 2008, I served COUNTRYWIDE HOME LOAN, INC.'S RESPONSE

7 TO THE STANDING ORDER RE REMOVED CASES on each person or entity name

8 below by enclosing a copy in an envelope addressed as shown below and placing the

9 envelope for collection and mailing on the date and at the place shown below following our

10 ordinary office practices.  I am readily familiar with the practice of this office for collection

11 and processing correspondence for mailing.  On the same day that correspondence is placed

12 for collection and mailing, it is deposited in the ordinary course of business with the United

13 States Postal Service in a sealed envelope with postage fully prepaid.

14  Date of Mailing:  January 8, 2008

15  Place of Mailing:  Calabasas, California

16  I declare under penalty of perjury under the laws of the United States of America that

17 the foregoing is true and correct.

18  I declare that I am employed in the office of a member of the bar of this court at

19 whose direction the service was made.

20  Executed on January 8, 2008, at Calabasas, California.

21

22       _____

23       Desiree Rais

24

25

26

27

28

COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER
RE REMOVED CASES

1

## **SERVICE LIST**

2

3   Richard L. Antognini
    2831 Southcreek Drive
4   Lincoln, CA  95648-8284

5
    Victoria Robinson Smith, Esq.
6   Law Offices of Victoria Robinson Smith
    320 Village Square
7   Orinda, CA 94563

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNTRYWIDE HOME LOAN, INC.'S RESPONSE TO THE STANDING ORDER
RE REMOVED CASES

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARA M. VIETOR

    Plaintiff,

 v.

COMMONWEALTH LAND TITLE

    Defendant.

_____/

NO. CV 07-06453 PJH

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**

On December 21, 2007, counsel for **Defendant Countrywide Home Loans Inc. filed a Notice of Removal (doc 1), Corporate Disclosure Statement (doc 3) and a Notice of Interested Parties (doc 4)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant Countrywide Home Loans Inc. should submit the above referenced documents, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. **All subsequent papers should be e-filed.**

1

2  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

3  become an ECF User and be assigned a user ID and password for access to the system upon designation

4  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

5  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

6  at ecf.cand.uscourts.gov.

7  Dated: January 4, 2008

8                                                          *Felicia Reloba*
                                                          Felicia Reloba
9                                                          Deputy Clerk

10

11

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2