United States District Court
For the Northern District of California

1
2
3                                    NOT FOR CITATION
4                        IN THE UNITED STATES DISTRICT COURT
5                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    CLARA M. VIETOR                              NO: CV 07-06453 PJH

8              Plaintiff,                         **ORDER REGARDING FAILURE TO E-FILE**
         v.
9
10   COMMONWEALTH LAND TITLE INSURANCE CO,
     et al.
11             Defendant.
                                            /
12
13           This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,

14   Section VI of  which requires that all documents in such a case be filed electronically.  Our docket

15   reflects that the **Notice of Removal (doc 1), Corporate Disclosure Statement (doc 3)** and **Notice**

16   **of Interested Parties (doc 4)** were  not filed electronically.

17           IT IS HEREBY ORDERED counsel for **Defendant Countrywide Home Loans, Inc**. e-mail

18   the above mentioned documents to the Court in Portable Document Format ("PDF") format within

19   10 days, as an attachment in an *e-mail* message directed to the judges chamber's "**PDF**" email box

20   listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed

21   there).  Do *not* e-file a document which has been previously filed on paper, as is the case with the

22   above mentioned filing. **All subsequent papers should be e-filed.**

23           Failure to comply with this order may result in the imposition of monetary or other sanctions

24   on a daily basis until the failure to comply with the General Order has been remedied.

25           General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

26   become an ECF User and be assigned a user ID and password for access to the system upon

27   designation of the action as being subject to ECF."
28

IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so, counsel for Defendant Countrywide Home Loans, Inc. shall register forthwith as an ECF User and be issued an ECF User ID and password. Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: 2/12/08

_____

United States District Judge

**United States District Court**
For the Northern District of California