1   Sanford Shatz        State Bar No. 127229
    Attorney at Law
2   5220 Las Virgenes Road, MS: AC-11
3   Calabasas, California 91302
    Telephone: (818) 871-6062
4   Fax: (818) 871-4669
5   Sandy_Shatz@Countrywide.com

6   Attorneys for Defendant Countrywide Home Loans, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CLARA M. VIETOR, an individual,        )   Case No.: C 07-06453 PJH
                                           )
12              Plaintiff,                  )   Hon. Phyllis J. Hamilton
                                           )
13        vs.                              )   Dept. 3
                                           )
14                                         )   STIPULATION RE RESPONSE BY
15  COMMONWEALTH LAND TITLE                )   COUNTRYWIDE HOME LOANS, INC.;
    INSURANCE COMPANY, COUNTRYWIDE)            [PROPOSED] ORDER
16  HOME LOANS, INC., and DOES 1-10,       )
    inclusive,                             )
17                                         )
18              Defendants.                )
                                           )
19  ───────────────────────────────────   )

20

21         It is stipulated by and between the parties, plaintiff Clara M. Vietor ("Vietor"), and

22  defendant Countrywide Home Loans, Inc. ("Countrywide"), as follows:

23         1.      Vietor filed this action against Countrywide

24         2.      The parties are currently in settlement discussions.

25         3.      Defendant Countrywide requests thirty days up to and including April 21, 2008 to

26  respond to the complaint.

27

28

    s:\ss\lc\Vietor-S\stip-01                    – 1 –

    STIPULATION RE RESPONSE BY COUNTRYWIDE HOME LOANS, INC.;
                        [PROPOSED] ORDER

1    4.    It is so stipulated.

2

3   DATED: March 20, 2008              By: /s/ Richard L. Antognini

4                                           RICHARD L. ANTOGNINI
                                            Attorney for Plaintiff
5                                           Clara M. Vietor

6

7   DATED: March 21, 2008              By: _____

8                                           SANFORD SHATZ
                                            Attorney for Defendant
9                                           Countrywide Home Loans, Inc.

10

11

12

13      Based on the stipulation of the parties, and

14      GOOD CAUSE APPEARING THEREFORE,

15      IT IS SO ORDERED.

16

17  DATED: March ___, 2008             By: _____

18                                          THE HONORABLE
                                            PHYLLIS J. HAMILTON
19                                          United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION RE RESPONSE BY COUNTRYWIDE HOME LOANS, INC.;
[PROPOSED] ORDER



1

<u>**SERVICE LIST**</u>

2

3      Richard L. Antognini
       2831 Southcreek Drive
4      Lincoln, CA 95648-8284

5

       Victoria Robinson Smith
6      Law Offices of Victoria Robinson Smith
       320 Village Square
7      Orinda, CA 94563

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s:\ss\lc\Vietor-S\stip-01                    – 4 –

STIPULATION RE RESPONSE BY COUNTRYWIDE HOME LOANS, INC.;
[PROPOSED] ORDER

1

2
## PROOF OF SERVICE

3    I am over the age of 18 years and not a party to the within action. I am employed by

4 Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-

5 11, Calabasas, California 91302.

6    On March 21, 2008, I served STIPULATION RE RESPONSE BY COUNTRYWIDE

7 HOME LOANS, INC.; [PROPOSED] ORDER on each person or entity name below by

8 enclosing a copy in an envelope addressed as shown below and placing the envelope for

9 collection and mailing on the date and at the place shown below following our ordinary

10 office practices. I am readily familiar with the practice of this office for collection and

11 processing correspondence for mailing. On the same day that correspondence is placed for

12 collection and mailing, it is deposited in the ordinary course of business with the United

13 States Postal Service in a sealed envelope with postage fully prepaid.

14    Date of Mailing:        March 21, 2008

15    Place of Mailing:       Calabasas, California

16    I declare under penalty of perjury under the laws of the United States of America that

17 the foregoing is true and correct.

18    I declare that I am employed in the office of a member of the bar of this court at

19 whose direction the service was made.

20    Executed on March 21, 2008, at Calabasas, California.

21

22

23    Desiree Rais

24

25

26

27

28

STIPULATION RE RESPONSE BY COUNTRYWIDE HOME LOANS, INC.;
[PROPOSED] ORDER