Sanford Shatz          State Bar No. 127229
Attorney at Law
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669
Sandy_Shatz@Countrywide.com

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual, | Case No.: C 07-06453 PJH |
| Plaintiff, | Hon. Phyllis J. Hamilton |
| vs. | Dept. 3 |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive, | STIPULATION RE RESPONSE BY COUNTRYWIDE HOME LOANS, INC.; [~~PROPOSED~~] ORDER |
| Defendants. | |

It is stipulated by and between the parties, plaintiff Clara M. Vietor ("Vietor"), and defendant Countrywide Home Loans, Inc. ("Countrywide"), as follows:

1. Vietor filed this action against Countrywide

2. The parties are currently in settlement discussions.

3. Defendant Countrywide requests thirty days up to and including April 21, 2008 to respond to the complaint.

4. It is so stipulated.

DATED: March 20, 2008        By: /s/ Richard L. Antognini
                                  RICHARD L. ANTOGNINI
                                  Attorney for Plaintiff
                                  Clara M. Vietor

DATED: March 21, 2008        By: [signature]
                                  SANFORD SHATZ
                                  Attorney for Defendant
                                  Countrywide Home Loans, Inc.

Based on the stipulation of the parties, and

GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED.

DATED: March 21, 2008

**IT IS SO ORDERED**
[signature]
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

Richard L. Antognini
2831 Southcreek Drive
Lincoln, CA 95648-8284

Victoria Robinson Smith
Law Offices of Victoria Robinson Smith
320 Village Square
Orinda, CA 94563

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On March 21, 2008, I served STIPULATION RE RESPONSE BY COUNTRYWIDE HOME LOANS, INC.; [PROPOSED] ORDER on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:    March 21, 2008

Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2008, at Calabasas, California.

Desiree Rais

s:\ss\lc\Vietor-S\stip-01    – 3 –

STIPULATION RE RESPONSE BY COUNTRYWIDE HOME LOANS, INC.;
[PROPOSED] ORDER