Sanford Shatz        State Bar No. 127229
Attorney at Law
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669
Sandy_Shatz@Countrywide.com

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual, | Case No.: C 07-06453 PJH |
| Plaintiff, | Hon. Phyllis J. Hamilton<br>Dept. 3 |
| vs. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| Defendants. | |

It is stipulated by and between the parties, plaintiff Clara M. Vietor ("Vietor"), and defendant Countrywide Home Loans, Inc. ("Countrywide"), as follows:

1. Vietor filed this action against Countrywide.

2. The parties are currently in settlement discussions.

3. Vietor and Countrywide requests a sixty-day continuance of the case management conference from March 27, 2008 to May 29, 2008.

4. If the court is not available on May 27, 2008, the parties are also available for a further case management conference in June.

s:\ss\lc\Vietor-S\stip-02                    – 1 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

1  5.  It is so stipulated.

3  DATED: March 21, 2008         By: /s/ Richard L. Antognini
                                     ─────────────────────────
                                     RICHARD L. ANTOGNINI
                                     Attorney for Plaintiff
                                     Clara M. Vietor

8  DATED: March 21, 2008         By: ─────────────────────────
                                     SANFORD SHATZ
                                     Attorney for Defendant
                                     Countrywide Home Loans, Inc.

14  Based on the stipulation of the parties, and    CMC Continued to May 29, 2008 at 2:30 p.m.
    GOOD CAUSE APPEARING THEREFORE,
    IT IS SO ORDERED.

17  DATED: March 24, 2008         By: ─────────────────────────

    IT IS SO ORDERED
    Judge Phyllis J. Hamilton
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

s:\ss\lc\Vietor-S\stip-02                    - 2 -

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On March 21, 2008, I served STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:    March 21, 2008

Place of Mailing:   Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2008, at Calabasas, California.

_____
Desiree Rais

s:\ss\lc\Vietor-S\stip-02                                         – 3 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

# SERVICE LIST

Richard L. Antognini
2831 Southcreek Drive
Lincoln, CA 95648-8284

Victoria Robinson Smith
Law Offices of Victoria Robinson Smith
320 Village Square
Orinda, CA 94563