1  Sanford Shatz        State Bar No. 127229
   Attorney at Law
2  5220 Las Virgenes Road, MS: AC-11
3  Calabasas, California 91302
   Telephone: (818) 871-6062
4  Fax: (818) 871-4669
   Sandy_Shatz@Countrywide.com
5
6  Attorneys for Defendant Countrywide Home Loans, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 CLARA M. VIETOR, an individual,        )  Case No.: C 07-06453 PJH
                                          )
12              Plaintiff,                 )  Hon. Phyllis J. Hamilton
                                          )  Dept. 3
13      vs.                                )
                                          )
14                                         )  STIPULATION TO CONTINUE CASE
   COMMONWEALTH LAND TITLE               )  MANAGEMENT CONFERENCE;
15 INSURANCE COMPANY, COUNTRYWIDE )  [PROPOSED] ORDER
   HOME LOANS, INC., and DOES 1-10,       )
16 inclusive,                              )
17                                         )
                Defendants.                )
18 _____ )

19

20

21      It is stipulated by and between the parties, plaintiff Clara M. Vietor ("Vietor"), and

22 defendant Countrywide Home Loans, Inc. ("Countrywide"), as follows:

23      1.    Vietor filed this action against Countrywide.

24      2.    Countrywide removed this action to the United States District Court for the

25 Northern District of California.

26      3.    Countrywide prepared an answer to Vietor's complaint, and the answer was

27 apparently misplaced.

28      4.    The parties have been discussing settlement of this matter, including various

s:\ss\lc\Vietor-S\stip-03                        – 1 –

1  means of modifying the subject loans at issue. During the parties' settlement discussions, they
2  did not notice Countrywide's missing answer.

3       5.    Vietor and Countrywide request a continuance of the initial case management
4  conference from May 29, 2008 to August 14, 2008.

5       6.    The parties request the continuance to permit them to continue their settlement
6  discussions without expending significant sums on litigation fees.

7       7.    The parties request the continuance for this length of time because counsel have
8  overlapping vacations during the summer. Countrywide's counsel will be unavailable during the
9  second week of June because of his son's high school graduation. Countrywide's counsel is also
10  unavailable during the second half of July for a family vacation and college trip, and from August
11  4 through 12 for the American Bar Association Conference.

12       8.    If the court is not available on August 14, 2008, the parties are also available for a
13  further case management conference at a later date.

14       It is so stipulated.

15  DATED: May 28, 2008               By:  /s/Richard L. Antognini
16                                       RICHARD L. ANTOGNINI
17                                       Attorney for Plaintiff
                                     Clara M. Vietor

18  DATED: May 28, 2008               By:  /s/Sanford Shatz
19                                       SANFORD SHATZ
20                                       Attorney for Defendant
                                     Countrywide Home Loans, Inc.

21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

1          <u>Order</u>

2          Based on the stipulation of the parties, and

3          GOOD CAUSE APPEARING THEREFOR,

4          The initial case management conference is continued from May 29, 2008 to August 14,

5    2008, at 2:30 p.m.

6          IT IS SO ORDERED.

7

8    DATED:  May ___, 2008                    _____

9                                             HONORABLE PHYLLIS J. HAMILTON
                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

1

2              **PROOF OF SERVICE**

3          I am over the age of 18 years and not a party to the within action.  I am employed by

4   Countrywide Home Loans, Inc.  My business address is 5220 Las Virgenes Road, MS: AC-

5   11, Calabasas, California 91302.

6          On May 20, 2008, I served STIPULATION TO CONTINUE CASE

7   MANAGEMENT CONFERENCE; [PROPOSED] ORDER on each person or entity name

8   below by enclosing a copy in an envelope addressed as shown below and placing the

9   envelope for collection and mailing on the date and at the place shown below following our

10  ordinary office practices.  I am readily familiar with the practice of this office for collection

11  and processing correspondence for mailing.  On the same day that correspondence is placed

12  for collection and mailing, it is deposited in the ordinary course of business with the United

13  States Postal Service in a sealed envelope with postage fully prepaid.

14          Date of Mailing:        May 20, 2008

15          Place of Mailing:       Calabasas, California

16          I declare under penalty of perjury under the laws of the United States of America that

17  the foregoing is true and correct.

18          I declare that I am employed in the office of a member of the bar of this court at

19  whose direction the service was made.

20          Executed on May 20, 2008, at Calabasas, California.

21

22

23                                      Desiree Rais

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

1

## SERVICE LIST

2

3   Richard L. Antognini
    2831 Southcreek Drive
4   Lincoln, CA 95648-8284

5
    Victoria Robinson Smith
6   Law Offices of Victoria Robinson Smith
    320 Village Square
7   Orinda, CA 94563

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER