Sanford Shatz          State Bar No. 127229
Attorney at Law
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669
Sandy_Shatz@Countrywide.com

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual, | Case No.: C 07-06453 PJH |
| Plaintiff, | Hon. Phyllis J. Hamilton |
| | Dept. 3 |
| vs. | |
| | STIPULATION TO CONTINUE CASE |
| COMMONWEALTH LAND TITLE | MANAGEMENT CONFERENCE; |
| INSURANCE COMPANY, COUNTRYWIDE | [~~PROPOSED~~] ORDER |
| HOME LOANS, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

It is stipulated by and between the parties, plaintiff Clara M. Vietor ("Vietor"), and defendant Countrywide Home Loans, Inc. ("Countrywide"), as follows:

1.  Vietor filed this action against Countrywide.

2.  Countrywide removed this action to the United States District Court for the Northern District of California.

3.  Countrywide prepared an answer to Vietor's complaint, and the answer was apparently misplaced.

4.  The parties have been discussing settlement of this matter, including various

s:\ss\lc\Vietor-S\stip-03                                  – 1 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

means of modifying the subject loans at issue. During the parties' settlement discussions, they did not notice Countrywide's missing answer.

5. Vietor and Countrywide request a continuance of the initial case management conference from May 29, 2008 to August 14, 2008.

6. The parties request the continuance to permit them to continue their settlement discussions without expending significant sums on litigation fees.

7. The parties request the continuance for this length of time because counsel have overlapping vacations during the summer. Countrywide's counsel will be unavailable during the second week of June because of his son's high school graduation. Countrywide's counsel is also unavailable during the second half of July for a family vacation and college trip, and from August 4 through 12 for the American Bar Association Conference.

8. If the court is not available on August 14, 2008, the parties are also available for a further case management conference at a later date.

It is so stipulated.

DATED: May 28, 2008                    By: /s/Richard L. Antognini
                                            RICHARD L. ANTOGNINI
                                            Attorney for Plaintiff
                                            Clara M. Vietor

DATED: May 28, 2008                    By: /s/Sanford Shatz
                                            SANFORD SHATZ
                                            Attorney for Defendant
                                            Countrywide Home Loans, Inc.

Order

Based on the stipulation of the parties, and

GOOD CAUSE APPEARING THEREFOR,

The initial case management conference is continued from May 29, 2008 to August 14, 2008, at 2:30 p.m.

IT IS SO ORDERED.

DATED: May 29, 2008

_____
IS J. HAMILTON
TRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On May 28, 2008, I served STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:      May 28, 2008

Place of Mailing:     Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008, at Calabasas, California.

_____
Desiree Rais

s:\ss\lc\Vietor-S\stip-03                    – 4 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

1 | **SERVICE LIST**
2 |
3 | Richard L. Antognini
4 | 2831 Southcreek Drive
    | Lincoln, CA  95648-8284
5 |
6 | Victoria Robinson Smith
    | Law Offices of Victoria Robinson Smith
7 | 320 Village Square
    | Orinda, CA 94563