Sanford Shatz    State Bar No. 127229
Attorney at Law
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669
Sandy_Shatz@Countrywide.com

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual,  Plaintiff,  vs.  COMMONWEALTH LAND TITLE INSURANCE COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive,  Defendants. | Case No.: C 07-06453 PJH  Hon. Phyllis J. Hamilton Dept. 3  COUNTRYWIDE HOME LOANS, INC.'S ANSWER TO PLAINTIFF CLARA M. VIETOR'S COMPLAINT |

Defendant Countrywide Home Loans, Inc. ("Countrywide") for itself and itself alone, and for no others, answers the unverified complaint ("Complaint") of plaintiff Clara M. Vietor ("Vietor"), and admits, denies and alleges as follows:

1.  Answering the allegations of paragraph 1 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

2.  Answering the allegations of paragraph 2 of the Complaint, Countrywide admits each of the allegations contained in this paragraph.

3.  Answering the allegations of paragraph 3 of the Complaint, Countrywide admits

each of the allegations contained in this paragraph.

4. Answering the allegations of paragraph 4 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

5. Answering the allegations of paragraph 5 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

6. Answering the allegations of paragraph 6 of the Complaint, Countrywide repeats and realleges paragraphs 1 through 5, supra, of this answer and incorporates the same as if fully set forth at length.

7. Answering the allegations of paragraph 7 of the Complaint, Countrywide admits that a grant deed indicates Vietor owns the home located at 3270 Cuttings Wharf Road, Napa, California 9559. Except as specifically admitted, Countrywide lacks sufficient information or belief to enable it to answer the remaining allegations contained in this paragraph and, on that basis, denies each of the remaining allegations contained in this paragraph.

8. Answering the allegations of paragraph 8 of the Complaint, Countrywide admits that on July 25, 2005, Vietor took out a loan with Countrywide. Except as specifically admitted, Countrywide lacks sufficient information or belief to enable it to answer the remaining allegations contained in this paragraph and, on that basis, denies each of the remaining allegations contained in this paragraph.

9. Answering the allegations of paragraph 9 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

10. Answering the allegations of paragraph 10 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

11. Answering the allegations of paragraph 11 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph

1  and, on that basis, denies each of the allegations contained in this paragraph.

2      12. Answering the allegations of paragraph 12 of the Complaint, Countrywide admits
3  each of the allegations contained in this paragraph.

4      13. Answering the allegations of paragraph 13 of the Complaint, Countrywide lacks
5  sufficient information or belief to enable it to answer the allegations contained in this paragraph
6  and, on that basis, denies each of the allegations contained in this paragraph.

7      14. Answering the allegations of paragraph 14 of the Complaint, Countrywide lacks
8  sufficient information or belief to enable it to answer the allegations contained in this paragraph
9  and, on that basis, denies each of the allegations contained in this paragraph.

10     15. Answering the allegations of paragraph 15 of the Complaint, Countrywide lacks
11 sufficient information or belief to enable it to answer the allegations contained in this paragraph
12 and, on that basis, denies each of the allegations contained in this paragraph.

13     16. Answering the allegations of paragraph 16 of the Complaint, Countrywide admits
14 it retained a security in the property located at 3270 Cuttings Wharf Rd., Napa CA 99559.
15 Except as specifically admitted, Countrywide lacks sufficient information or belief to enable it to
16 answer the remaining allegations contained in this paragraph and, on that basis, denies each of
17 the remaining allegations contained in this paragraph.

18     17. Answering the allegations of paragraph 17 of the Complaint, Countrywide lacks
19 sufficient information or belief to enable it to answer the allegations contained in this paragraph
20 and, on that basis, denies each of the allegations contained in this paragraph.

21     18. Answering the allegations of paragraph 18 of the Complaint, Countrywide denies
22 generally and specifically each of the allegations contained in this paragraph.

23     19. Answering the allegations of paragraph 19 of the Complaint, Countrywide denies
24 generally and specifically each of the allegations contained in this paragraph.

25     20. Answering the allegations of paragraph 20 of the Complaint, Countrywide denies
26 generally and specifically each of the allegations contained in this paragraph.

27     21. Answering the allegations of paragraph 21 of the Complaint, Countrywide denies
28 generally and specifically each of the allegations contained in this paragraph.

1      22.     Answering the allegations of paragraph 22 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

23.     Answering the allegations of paragraph 23 of the Complaint, Countrywide repeats and realleges paragraphs 1 through 22, supra, of this answer and incorporates the same as if fully set forth at length.

24.     Answering the allegations of paragraph 24 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

25.     Answering the allegations of paragraph 25 of the Complaint, Countrywide denies generally and specifically each of the allegations contained in this paragraph.

26.     Answering the allegations of paragraph 26 of the Complaint, Countrywide denies generally and specifically each of the allegations contained in this paragraph.

27.     Answering the allegations of paragraph 27 of the Complaint, Countrywide denies generally and specifically each of the allegations contained in this paragraph.

28.     Answering the allegations of paragraph 28 of the Complaint, Countrywide denies generally and specifically each of the allegations contained in this paragraph.

29.     Answering the allegations of paragraph 29 of the Complaint, Countrywide repeats and realleges paragraphs 1 through 28, supra, of this answer and incorporates the same as if fully set forth at length.

30.     Answering the allegations of paragraph 30 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

31.     Answering the allegations of paragraph 31 of the Complaint, Countrywide repeats and realleges paragraphs 1 through 30, supra, of this answer and incorporates the same as if fully set forth at length.

32.     Answering the allegations of paragraph 32 of the Complaint, Countrywide denies generally and specifically each of the allegations contained in this paragraph.

1  33.  Answering the allegations of paragraph 33 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

34.  Answering the allegations of paragraph 34 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

35.  Answering the allegations of paragraph 35 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

36.  Answering the allegations on line 24, page 7, erroneously numbered as paragraph 35 of the Complaint, Countrywide repeats and realleges paragraphs 1 through 35, supra, of this answer and incorporates the same as if fully set forth at length.

37.  Answering the allegations of paragraph 36 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

38.  Answering the allegations of paragraph 37 of the Complaint, Countrywide lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

39.  Answering the allegations of paragraph 38 of the Complaint, Countrywide denies generally and specifically each of the allegations contained in this paragraph.

### FIRST AFFIRMATIVE DEFENSE

40.  Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action fail to state sufficient facts to constitute a cause of action against Countrywide.

### SECOND AFFIRMATIVE DEFENSE

41.  Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred by reason of the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

42. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred by the doctrines of waiver and estoppel, due to Vietor's own acts and/or omissions with respect to the subject matter of the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

43. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred by the doctrine of laches, due to Vietor's own acts and/or omissions with respect to the subject matter of the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

44. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred because the injuries, damages, losses and/or detriment incurred by Vietor in this action, if any, were sustained solely as a consequence of, or contributed to by, the negligence and carelessness of Vietor, or others' action on her behalf, and any recovery on Vietor's Complaint must therefore be reduced by an amount equivalent to the percentage of Vietor's own negligence in causing or contributing to the injuries, damages, losses and/or detriment by Vietor.

### SIXTH AFFIRMATIVE DEFENSE

45. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred because the injuries, damages, losses and/or detriment incurred by Vietor in this action, if any, were directly and proximately caused and contributed to by the negligence and/or strict liability and/or breaches of duty of persons, firms, corporations, or entities other than Countrywide, and such negligence, strict liability and/or breaches of duty, comparatively reduce the percentage of liability, if any, of Countrywide.

### SEVENTH AFFIRMATIVE DEFENSE

46. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred because the injuries, damages, losses and/or detriment incurred by Vietor in this action, if any, were the result of causes independent of the purported acts and/or omissions of Countrywide, which causes operated as intervening and superseding

causes, thereby cutting off any liability on the part of Countrywide.

## EIGHTH AFFIRMATIVE DEFENSE

47. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred because alleged injuries, damages, losses and/or detriment which have been or will be sustained by Vietor, if any, were proximately caused solely by the acts of persons, entities or other parties over whom Countrywide has no control, and for whose acts Countrywide is not responsible or in any way liable to Vietor.

## NINTH AFFIRMATIVE DEFENSE

48. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred because any injuries, damages, losses and/or detriment suffered by Vietor, if any, were the result of Vietor's failure to use reasonable means to mitigate her damages in this action, and otherwise exercise due and ordinary care on her own behalf.

## TENTH AFFIRMATIVE DEFENSE

49. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

50. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred by reason of the doctrine of assumption of risk.

## TWELFTH AFFIRMATIVE DEFENSE

51. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred by reason of the Statute of Frauds.

## THIRTEENTH AFFIRMATIVE DEFENSE

52. Countrywide is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred because the Complaint is not verified.

## FOURTEENTH AFFIRMATIVE DEFENSE

Countrywide is informed and believes and on that basis alleges that the Complaint, and each of its purported causes of action, is barred because the alleged violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably

adapted to avoid any such error.

    WHEREFORE, Countrywide prays for judgment as follows:

1. That Vietor take nothing by way of her Complaint in this action;

2. That Vietor's Complaint be dismissed in its entirety;

3. That Countrywide be awarded its costs of suit incurred in this action; and

4. That Countrywide be awarded such other and further relief as the court deems just and proper.

DATED: July 17, 2008        By: _____
                                                     SANFORD SHATZ
                                                     Attorneys for Defendant
                                                     Countrywide Home Loans, Inc.

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On July 18, 2008, I served COUNTRYWIDE HOME LOANS, INC.'S ANSWER TO PLAINTIFF CLARA M. VIETOR'S COMPLAINT on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:    July 18, 2008

Place of Mailing:   Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 18, 2008, at Calabasas, California.

_____
Desiree Rais

**SERVICE LIST**

Richard L. Antognini
2831 Southcreek Drive
Lincoln, CA  95648-8284

Victoria Robinson Smith, Esq.
Law Offices of Victoria Robinson Smith
320 Village Square
Orinda, CA 94563