1  RICHARD L. ANTOGNINI (SBN 075711)
2  **LAW OFFICES OF RICHARD L. ANTOGNINI**
   2831 Southcreek Drive
3  Lincoln, California 95648-8284
   Telephone:     (916) 645-7278
4  Facsimile:      (916) 290-0539
   E-Mail:          rlalawyer@yahoo.com
5

6  Attorneys for Plaintiff CLARA VIETOR

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 CLARA M. VIETOR, an individual,          )  Case No.: C 07-06453 PJH
                                            )
12              Plaintiff,                  )  Hon. Phyllis J. Hamilton
                                            )  Dept. 3
13       vs.                                )
                                            )  STIPULATION TO CONTINUE CASE
14 COMMONWEALTH LAND TITLE                  )  MANAGEMENT CONFERENCE;
15 INSURANCE COMPANY, COUNTRYWIDE)           [~~PROPOSED~~] ORDER
   HOME LOANS, INC., and DOES 1-10,         )
16 inclusive,                                )
                                            )
17              Defendants.                 )
18 _____  )

19

20
        It is stipulated by and between the parties, plaintiff Clara M. Vietor ("Vietor"), and
21
   defendant Countrywide Home Loans, Inc. ("Countrywide"), as follows:
22
        1.      Vietor filed this action against Countrywide.
23
        2.      Countrywide removed this action to the United States District Court for the
24
   Northern District of California.
25
        3.      Countrywide has filed an answer to Vietor's complaint.
26
        4.      The parties have been discussing settlement of this matter, including various
27
   means of modifying the subject loans at issue.
28

– 1 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

1   5. Vietor and Countrywide request a continuance of the initial case management
2   conference from August 14, 2008 to September 18, 2008.
3   6. The parties request the continuance to permit them to continue their settlement
4   discussions without expending significant sums on litigation fees.  In addition, Richard L.
5   Antognini, counsel for plaintiff, has another court appearance on August 14, 2008 that creates a
6   calendar conflict.
7   7. If the court is not available on September 18, 2008, the parties are also available
8   for a further case management conference at a later date.
9   It is so stipulated.

DATED:  August 8, 2008                                By:  /s/Richard L. Antognini
                                                                              RICHARD L. ANTOGNINI
                                                                              Attorney for Plaintiff
                                                                              Clara M. Vietor

DATED:  August 12, 2008                              By:  /s/ Sanford Shatz
                                                                              SANFORD SHATZ
                                                                              Attorney for Defendant
                                                                              Countrywide Home Loans, Inc.

## Order

Based on the stipulation of the parties, and

GOOD CAUSE APPEARING THEREFOR,

The initial case management conference is continued from August 14, 2008 to September 18, 2008 at 2:30 p.m.

IT IS SO ORDERED.

DATED: August 13, 2008

_____
HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

– 2 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER