Sanford Shatz          State Bar No. 127229
Attorney at Law
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669
Sandy_Shatz@Countrywide.com

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual, | Case No.: C 07-06453 PJH |
| Plaintiff, | Hon. Phyllis J. Hamilton |
| | Dept. 3 |
| vs. | |
| | STIPULATION TO CONTINUE CASE |
| COMMONWEALTH LAND TITLE | MANAGEMENT CONFERENCE; |
| INSURANCE COMPANY, COUNTRYWIDE | [~~PROPOSED~~] ORDER |
| HOME LOANS, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

    It is stipulated by and between the parties, plaintiff Clara M. Vietor ("Vietor"), and defendant Countrywide Home Loans, Inc. ("Countrywide"), as follows:

    1.    Vietor filed this action against Countrywide.

    2.    Countrywide removed this action to the United States District Court for the Northern District of California.

    3.    Countrywide prepared an answer to Vietor's complaint, and the answer was apparently misplaced.

    4.    The parties have been discussing settlement of this matter, including various

1  means of modifying the subject loans at issue. During the parties' settlement discussions, they
2  did not notice Countrywide's missing answer.
3       5.    Vietor and Countrywide request a continuance of the initial case management
4  conference from September 18, 2008 to October 23, 2008.
5       6.    The parties request the continuance to permit them to continue their settlement
6  discussions without expending significant sums on litigation fees.
7       7.    Countrywide requests the continuance for this length of time to allow sufficient
8  time to substitute counsel. A substitution of attorney is necessary as Countrywide no longer
9  maintains an in-house counsel as a result of the company merger with Bank of America.
10      8.    If the court is not available on October 23, 2008, the parties are also available for
11 a further case management conference at a later date.
12      It is so stipulated.

13 DATED: September 17, 2008          By: /s/ Richard L. Antognini
14                                        RICHARD L. ANTOGNINI
                                          Attorney for Plaintiff
15                                        Clara M. Vietor

16 DATED: September 17, 2008          By: [signature]
17                                        SANFORD SHATZ
                                          Attorney for Defendant
18                                        Countrywide Home Loans, Inc.

1  Order

2  Based on the stipulation of the parties, and

3  GOOD CAUSE APPEARING THEREFOR,

4  The initial case management conference is continued from September 18, 2008 to

5  October ~~23~~ 30, 2008, at 2:30 p.m.

6  IT IS SO ORDERED.

7
8  DATED: September ___ 18, 2008

   _____
   HON. [signature: Phyllis J. Hamilton]
   UNITED STATES DISTRICT JUDGE

   IT IS SO ORDERED
   [signature]
   Judge Phyllis J. Hamilton

---

s:\ss\lc\Vietor-S\stip-03                           – 3 –

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On September __, 2008, I served STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    Date of Mailing:    September __, 2008

    Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September __, 2008, at Calabasas, California.

_____
Desiree Rais

## SERVICE LIST

Richard L. Antognini
2831 Southcreek Drive
Lincoln, CA  95648-8284

Victoria Robinson Smith
Law Offices of Victoria Robinson Smith
320 Village Square
Orinda, CA 94563