United States District Court
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   CLARA M. VIETOR,                              No.  C 07-6453 PJH

7              Plaintiff,                          **ORDER TO SHOW CAUSE**

8       v.

9   COUNTRYWIDE HOME LOANS, INC.,
    et al.,

10             Defendant.

11  _____/

12       Defendant, **Countrywide Home Loans, Inc.,** having failed to appear at the case

13  management conference on November 20, 2008, even though it has answered the complaint and

14  having failed to file a case management conference statement in compliance with the Court's orders,

15       THE COURT hereby issues an ORDER TO SHOW CAUSE why defendant's default should

16  not be entered.

17       A hearing on the ORDER TO SHOW CAUSE, will occur on December 4, 2008 at 2:30 p.m.

18  If defendant fails to appear, its default shall be entered.

19       **IT IS SO ORDERED.**

20

21

22  Dated: November 21, 2008                  _____
                                              PHYLLIS J. HAMILTON
23                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28