RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
2831 Southcreek Drive
Lincoln, California 95648-8284
Telephone:   (916) 645-7278
Facsimile:    (916) 290-0539
E-Mail:        rlalawyer@yahoo.com

Attorneys for Plaintiff CLARA VIETOR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, PLACER FORECLOSURE, INC., ROGER D. AND KATHLEEN M. CRAVY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 07-CV-06453-PJH<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY WITHOUT PREJUDICE** AND ORDER |

Plaintiff CLARA M. VIETOR requests that the Court dismiss defendant COMMONWEALTH LAND TITLE INSURANCE COMPANY without prejudice. A stipulation for dismissal is not possible, as plaintiff never served defendant COMMONWEALTH LAND TITLE INSURANCE COMPANY.

---

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**
**Case No. 07-06543-PJH**

-- 1 --

1  Dated: November 21, 2008         LAW OFFICES OF RICHARD L. ANTOGNINI

2

3
                              By: /s/Richard L. Antognini
4                                  Richard L. Antognini
                                   Attorneys for Plaintiff
5                                  CLARA M. VIETOR

6
       Pursuant to the request of plaintiff CLARA M. VIETOR, defendant
7
   COMMONWEATLH LAND TITLE INSURANCE COMPANY is dismissed without
8
9  prejudice.  IT IS SO ORDERED.

10

11
   Date:  November 24, 2008                    _____
12                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*