1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5  ssh@severson.com

6  Attorneys for Defendant
   Countrywide Home Loans, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  Clara M. Vietor, an individual            Case No.:  C 07-6453 PJH

              Plaintiff,                      **NOTICE OF SUBSTITUTION OF
12                                            COUNSEL AND [**P~~ROPOSED~~**] ORDER
        vs.                                   THERETO**
13
    Commonwealth Land Title Insurance         Dept.:  3
14  Company, Countrywide Home Loans, Inc., and Judge:  Hon. Phyllis J. Hamilton
    DOES, 1-10, inclusive,
15
              Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

11952/0017/700034.1                           Notice of Substitution of Counsel and [Proposed] Order
                                              Case No. C 07-6453 PJH

1    Please substitute Sunny S. Huo as counsel for defendant Countrywide Home Loans, Inc.
2    in this case.
3    Substitute counsel's address, phone number, and bar number are as follows:
4    Sunny S. Huo (State Bar No. 181071)
     ssh@severson.com
5    Severson and Werson
     A Professional Corporation
6    One Embarcadero Center, Suite 2600
     San Francisco, CA 94111
7    Telephone: (415) 398-3344
     Fax: (415) 956-0439
8    Email: ssh@severson.com

9    All further pleadings, orders, and notices for Countrywide Home Loans, Inc. should be
10   sent to substitute counsel.

11   Dated:  November 24, 2008            SEVERSON & WERSON
                                          A Professional Corporation
12

13                                        By:  /S/ Sunny S. Huo
                                                Sunny S. Huo
14                                        Attorney for Defendant
                                          Countrywide Home Loans, Inc.
15

16   Dated:  November 24, 2008            COUNTRYWIDE HOME LOANS, INC.
17
                                          By:  /S/ Sanford Shatz
18                                              Sanford Shatz

19
20   IT IS SO ORDERED.
21   Dated: November __25__, 2008

22   _____

     IT IS SO ORDERED.
     Judge Phyllis J. Hamilton

---

11952/0017/700034.1                       Notice of Substitution of Counsel and [Proposed] Order
                                          Case No. C 07-6453 PJH