IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMONWEALTH LAND TITLE,<br><br>        Defendant.<br>_____/ | No. C-07-06453 EDL<br><br>**ORDER GRANTING MOTION TO COMPEL; MOTION FOR SANCTIONS** |

Defendant Countrywide Home Loans, Inc. filed a motion to compel discovery responses and a motion for sanctions on June 30, 2009. Countrywide served Plaintiff with a set of written discovery requests on April 30, 2009. Plaintiff never responded to these requests, even after receiving a meet and confer letter from Plaintiff's counsel. Nor did Plaintiff oppose either motion. Good cause having been shown, the motions are granted, the Court awards Defendant $382.50[1] in sanctions to compensate it for its costs incurred in bringing the motion to compel, and Plaintiff shall provide the requested discovery and pay the sanctions forthwith.

**IT IS SO ORDERED.**

Dated: August 7, 2009

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge

---

[1] The Court finds that Defendant's counsel's hourly rate of $191.25 per hour is reasonable. Counsel spent two hours researching and preparing the motion to compel, which is also reasonable. Because the Court found the motion suitable for decision on the papers and vacated the hearing, the Court does not award Defendant for anticipated costs relating to the hearing on the motion to compel.