IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARA M. VIETOR,                                    No. C-07-06453  EDL

          Plaintiff,                              **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

  v.

COMMONWEALTH LAND TITLE,

          Defendant.

_____/

Following the August 11, 2009 case management conference in the above captioned case, it is hereby ordered that an order to show cause hearing regarding Plaintiff's failure to prosecute the case is set for September 15, 2009 at **9:00 a.m.** in Courtroom E.  Plaintiff shall respond to the order to show cause no later than August 31, 2009, and Defendant may file a reply no later than September 4, 2009.

      **IT IS SO ORDERED.**

Dated: AUGUST 12, 2009

                                      *Elizabeth D. Laporte*
                                _____
                                  ELIZABETH D. LAPORTE
                                  United States Magistrate Judge

**United States District Court**
For the Northern District of California