**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMONWEALTH LAND TITLE,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C-07-06453 EDL<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING; SETTING DEADLINES** |

The Court previously set a hearing on September 15, 2009 regarding Plaintiff's failure to prosecute this case. The Court has reviewed Plaintiff's declaration and Defendant's reply regarding the Court's Order to Show Cause. The Court hereby vacates the September 15, 2009 Order to Show Cause hearing, and orders the following:

　　1)　Plaintiff shall have until October 31, 2009 to substitute in new counsel.

　　2)　A case management conference is set for November 17, 2009 at 10:00 a.m. in Courtroom E. The parties shall file an updated joint case management statement no later than November 10, 2009. The Court will consider extending case dates at that conference, in light of the delays in this case.

　　3)　Plaintiff shall comply with this Court's August 7, 2009 Order granting Defendant's Motion to Compel and Motion for Sanctions no later than September 11, 2009.

///
///
///
///

1  Plaintiff risks dismissal for failure to prosecute her case should she fail to comply with the
2  Court's Order.
3  **IT IS SO ORDERED.**

5
6  Dated: September 8, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge