RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
819 I Street
Lincoln, California 95648-1742
Telephone: (916) 645-7278
Facsimile: (916) 290-0539
E-Mail: rlalawyer@yahoo.com

Attorneys for Plaintiff CLARA VIETOR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA M. VIETOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 07-CV-6453-EDL<br><br>**REQUEST TO MAKE TELEPHONE APPEARANCE AT FURTHER CASE MANAGEMENT CONFERNCE** AND ORDER THEREON<br><br>**Date:** November 17, 2009<br>**Time:** 10:00 am. |

Richard L. Antognini, counsel for plaintiff, requests that he be allowed to appear by telephone at the November 17, 2009 Further Case Management Conference. Mr. Antognini's office is in Lincoln, California, northeast of Sacramento, and a personal appearance will require him to drive 90 miles and will take 2 hours, depending on traffic.

Dated: November 14, 2009   LAW OFFICES OF RICHARD L. ANTOGNINI


By: _/s/ Richard L. Antognini_____
    Richard L. Antognini
    Attorneys for Plaintiff
    CLARA M. VIETOR

1 **ORDER ALLOWING TELEPHONE APPEARANCE**

3 Pursuant to his application, plaintiff's counsel is allowed to appear by telephone at the

Further Case Management Conference on November 17, 2009 at 10:00 a.m.

Dated: November 16, 2009

_____
UNITED STATES MAGISTRATE JUDGE
Judge Elizabeth D. Laporte

IT IS SO ORDERED