1  RICHARD L. ANTOGNINI (SBN 075711)
   **LAW OFFICES OF RICHARD L. ANTOGNINI**
2  819 I Street
3  Lincoln, California 95648-1742
   Telephone:      (916) 645-7278
4  Facsimile:      (916) 290-0539
   E-Mail:         rlalawyer@yahoo.com
5
6  Attorneys for Plaintiff CLARA VIETOR

7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

| CLARA M. VIETOR, an individual, | Case No.: 07-CV-6453-EDL |
|---|---|
| Plaintiff, | **REQUEST TO MAKE TELEPHONE APPEARANCE AT FURTHER CASE MANAGEMENT CONFERNCE** AND ORDER THEREON |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC., and DOES 1-10, inclusive, | **Date:**   November 17, 2009<br>**Time:**   10:00 am. |
| Defendants. | |

   Richard L. Antognini, counsel for plaintiff, requests that he be allowed to appear by telephone at the November 17, 2009 Further Case Management Conference.  Mr. Antognini's office is in Lincoln, California, northeast of Sacramento, and a personal appearance will require him to drive 90 miles and will take 2 hours, depending on traffic.

   Dated:  November 14, 2009          LAW OFFICES OF RICHARD L. ANTOGNINI

                                      By:  /s/ Richard L. Antognini_____
                                           Richard L. Antognini
                                           Attorneys for Plaintiff
                                           CLARA M. VIETOR

1

**ORDER ALLOWING TELEPHONE APPEARANCE**

2

3

4   Pursuant to his application, plaintiff's counsel is allowed to appear by telephone at the

5  Further Case Management Conference on November 17, 2009 at 10:00 a.m.

6  Dated: November 16, 2009



7

8

9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28